UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NICOLE RUSSO,

                              Plaintiff,

-against-                                   Civil Case No.: 1:12-cv-01616
                                                                FJS-CFH

COUNTY OF WARREN, SERGEANT WEBSTER,
RICHARD T. GRAHAM, BRYAN RAINVILLE,
THOMAS HASKELL, ROY MIHILL, JOHN DOES 5-10
(Corrections Officers), HUDSON HEADWATERS HEALTH
NETWORK, TARA SANDFORD-BRIGGS, PEGGY FORT,
AUDREY MILLS and KRISTEN VanWINKEL,

                              Defendants.

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff, NICOLE RUSSO, and Defendants, COUNTY OF WARREN, CHRISTOPHER WEBSTER s/h/a SERGEANT WEBSTER, RICHARD T. GRAHAM, BRYAN RAINVILLE, THOMAS HASKELL and ROY MIHILL, in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled-action be, and the same hereby is discontinued, with prejudice, without costs or attorneys' fees to either party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

D'ORAZIO PETERSON LLP     DATED: April 7, 2016

By: _____
Scott M. Peterson, Esq. (5/3/86)
*Attorneys for Plaintiff*
125 High Rock Avenue
Saratoga Springs, New York 12866
Tel: 518-308-8339
Fax: 518-633-5106
Email: smp@doraziopeterson.com

LEMIRE, JOHNSON & HIGGINS, LLC

By: _____     DATED: April 26, 2016
Gregg T. Johnson (GJ3348)
*Attorneys for County Defendants*
2534 Route 9 – P.O. Box 2485
Malta, New York 12020
Tel: 518-899-5700
Fax: 518-899-5487
Email: gtj@lemirejohnsonlaw.com

IT IS SO ORDERED:

_____

Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: April 26, 2016
       Syracuse, NY

ATTACHMENT A